UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4422

Filed: September 9, 2004

KATHY R. BAKER

    Plaintiff - Appellant

1:01cv189

v.

STATE OF OHIO; MAUREEN O'CONNOR, Director, Department of Public Safety

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 8/18/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ............$
Printing ............$

    Total ........$

_____
Deputy Clerk