**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: September 9, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 02-4422
Baker vs. OH
District Court No. 01-00189

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [02-4422]. Volumes included: 3 Pl; 6 Tr; 2 Dep;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

10-1-04
Date

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk